UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORICE PATTERSON, | ) Case No. CV 08-6459-PA(RC) |
| Petitioner, | ) ORDER ADOPTING FINAL REPORT AND |
| vs. | ) RECOMMENDATION OF UNITED STATES |
|  | ) MAGISTRATE JUDGE |
| DERRAL G. ADAMS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Final Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

IT IS ORDERED that (1) the Final Report and Recommendation is approved and adopted; (2) the Final Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered dismissing the habeas corpus petition and action as untimely.

//

1  IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and Judgment by the United States mail on petitioner.

DATED: June 22, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

R&Rs\08-6459.ado2
6/19/09

2