```
 1
 2
 3
 4
 5
 6
 7                        UNITED STATES DISTRICT COURT
 8                       CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  NORICE PATTERSON,                )  Case No. CV 08-6459-PA(RC)
                                     )
12              Petitioner,          )
                                     )  JUDGMENT
13  vs.                              )
                                     )
14  DERRAL G. ADAMS, WARDEN,         )
                                     )
15              Respondent.          )
    _____    )
16
17       IT IS ADJUDGED that the petition for writ of habeas corpus and
18  the action are dismissed as untimely.
19
20  DATE: June 22, 2009
21                                         _____
                                                    PERCY ANDERSON
22                                         UNITED STATES DISTRICT JUDGE
23  R&Rs\08-6459.jud
    4/13/09
24
```